Matter of Dowling (2025 NY Slip Op 06118)

Matter of Dowling

2025 NY Slip Op 06118

Decided on November 6, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 6, 2025

PM-250-25
[*1]In the Matter of John Lynam Dowling, an Attorney. (Attorney Registration No. 3947934.)

Calendar Date:November 3, 2025

Before:Pritzker, J.P., Fisher, McShan, Powers and Mackey, JJ. 

John Lynam Dowling, Ocean View, Delaware, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
John Lynam Dowling was admitted to practice by this Court in 2001 and lists a business address in Ocean View, Delaware with the Office of Court Administration. Dowling now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Dowling's application.
Upon reading Dowling's affidavit sworn to September 3, 2025 and filed September 9, 2025, and upon reading the October 28, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Dowling is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Pritzker, J.P., Fisher, McShan, Powers and Mackey, JJ., concur.
ORDERED that John Lynam Dowling's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that John Lynam Dowling's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that John Lynam Dowling is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Dowling is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that John Lynam Dowling shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.